# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO.: 4:24-CR-00565 |
| JAVON HARRIS | § | |

### DEFENDANT'S UNOPPOSED MOTION TO TRAVEL

**TO THE HONORABLE SIM LAKE:**

**COMES NOW, JAVON HARRIS,** by and through his Attorney of Record, Tillet J Mills II, and files this Defendant's Unopposed Motion to Travel, in the above-entitled and numbered cause, and respectfully moves the Court to allow her to travel. In support of this motion, the Defendant would show the Court as follows:

I.

On October 2, 2025, Mr. HARRIS was released on a $15,000 unsecured bond, with conditions of release. The Conditions of Release include 24 hour house arrest.

II.

Mr. Harris respectfully requests that he be allowed to stay at St. Luke's Hospital, at 17200 St. Lukes Way, The Woodlands, Texas, 77384 from Friday, November 28th, 2025 through, Sunday, November 30, 2025. He is expecting the birth of his child with his girlfriend, Desirae Nash.

III.

The Government is unopposed to this motion.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court will grant this motion to travel, and respectfully requests that this motion to travel be GRANTED.

Respectfully Submitted,

/s/ Tillet J Mills II
**TILLET J MILLS II**
4101 Greenbriar Dr., Suite 210
Houston, TX  77098
281.767.9717
tillet@tilletjmills.com
Fed Bar No. 2800715

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Defendant's Unopposed Motion to Travel was electronically forwarded to AUSA Byron Black and USPO Jarrod Shaw.

DATE: November 26, 2025

/s/ Tillet J Mills II
**TILLET J MILLS II**

## CERTIFICATE OF CONFERENCE

AUSA Byron Black is unopposed to this motion. USPO Jarrod Shaw defers to the court.

DATE: November 26, 2025

/s/ Tillet J Mills II
**TILLET J MILLS II**

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § | **CRIMINAL NO.: 4:24-CR-00565** |
| **JAVON HARRIS** | § | |

**ORDER**

It is hereby **ORDERED** that the Defendant's Unopposed Motion to Travel is hereby:

_____        **GRANTED**

_____        **DENIED**

**SIGNED ON:** _____

_____
**HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE**